MARY MALONE, Appellant, v. KATHERINE HIRSCH, Respondent.— Judgment of the County Court unanimously affirmed, with costs, on

the opinion of Salisbury, County Judge (Reported in 102 Misc. Rep. 724).